# United States Court of Appeals
### For the Eighth Circuit
_____

No. 21-1463
_____

James W. Shaughnessy

*Plaintiff - Appellant*

v.

Edward P. Southern, MD

*Defendant - Appellee*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: August 16, 2021
Filed: August 19, 2021
[Unpublished]
_____

Before BENTON, KELLY, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

James Shaughnessy appeals the district court's[1] dismissal of his civil action for lack of personal jurisdiction. Upon careful de novo review, we conclude that

_____

[1]The Honorable Susan Richard Nelson, United States District Judge for the District of Minnesota.

dismissal was proper for the reasons stated by the district court.  See Creative Calling Sols., Inc. v. LF Beauty Ltd., 799 F.3d 975, 979 (8th Cir. 2015) (standard of review; action should not be dismissed for lack of jurisdiction if evidence, viewed in light most favorable to plaintiff, is sufficient to support conclusion that exercise of personal jurisdiction over defendant is proper); Conn v. Zakharov, 667 F.3d 705, 717-20 (6th Cir. 2012) (defendant's ownership of property in and occasional travel to forum state did not establish prima facie case of general personal jurisdiction).  Accordingly, the judgment of the district court is affirmed.  See 8th Cir. R. 47B.

_____